No. 03–11055. PAGE *v.* BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY. Sup. Ct. Ore. Certiorari denied.

No. 03–11056. CRAWFORD *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 03–11057. MINES *v.* DiGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–11058. MALONEY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–11059. ESCOBAR *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–11060. ASHBY *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 03–11061. KAILING *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–11062. HUDLER *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–11064. ESCARCEGA-DURAN *v.* UNITED STATES; and SALABART-GUTIERREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–11065. REYES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–11066. RAINEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–11068. JEAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–11069. DAVIS *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.